## DEFENDANTS' EXHIBITS - WILL USE

**Case Name:**          **United States of America, For the Use and Benefit of Rocking
                        D&R Ranch, Inc., a Montana Corporation, vs. James Talcott
                        Construction, Inc., a Montana Corporation and Liberty
                        Mutual Insurance Company, a Massachusetts Corporation**

**Case Number:**        *CV-06-009-GF-SEH*
**Presiding Judge:**    **Honorable Sam E. Haddon**
**Courtroom Deputy:**
**Court Reporter:**
**Plaintiffs' Attorney:**   **Dennis Tighe**
**Defendants' Attorney:**   **J. Michael Young**

*All Exhibits have been admitted on will use list.*

| # | DESCRIPTION | Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 5 | General Contract between the United States Air Force and James Talcott Construction, Inc., including plans, drawings, specifications, etc., all contained on a CD. | | | | | |
| 6 | Subcontract dated November 26, 2003 between James Talcott Construction, Inc. and Talon Plumbing & Heating, Inc. for the remodel of building 735-dorm mechanical system control at Malmstrom Air Force Base. | | | | | |
| 7 | Initial Bi-Weekly Payroll Report for week ending July 09, 2004. | | | | | |
| 8 | Final Payroll Report for week ending July 16, 2004. | | | | | |
| 11 | Letter dated December 29, 2003 from Bill D. Stott to Steve Brown. | | | | | |
| 13 | Letter dated May 17, 2004 from Bill Stott to Rick Waldenberg. | | | | | |
| 15 | Meeting Minutes dated July 06, 2004. | | | | | |
| 16 | Meeting Minutes dated July 12, 2004. | | | | | |
| 17 | Letter of Transmittal dated July 22, 2004 from Steve at Talon Plumbing & Heating, Inc. to JTC (James Talcott Construction). | | | | | |
| 23 | Facsimile Transmittal Sheet dated December 02, 2004 from Renee Mullins to Connie of James Talcott Construction. | | | | | |
| 29 | Affidavit of Richard Schottey dated February 28, 2005. | | | | | |
| 30-b | Invoice dated July 08, 2004 | | | | | |

| # | DESCRIPTION | Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 30-c | Invoice dated July 19, 2004 | | | | | |
| 30-d | Invoice dated August 23, 2004 | | | | | |
| 30-g | Statement of Compliance dated July 19, 2004 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## DEFENDANTS' EXHIBITS - MAY USE

**Case Name:**     **United States of America, For the Use and Benefit of Rocking D&R Ranch, Inc., a Montana Corporation, vs. James Talcott Construction, Inc., a Montana Corporation and Liberty Mutual Insurance Company, a Massachusetts Corporation**

**Case Number:**          *CV-06-009-GF-SEH*
**Presiding Judge:**       **Honorable Sam E. Haddon**
**Courtroom Deputy:**
**Court Reporter:**
**Plaintiffs' Attorney:**  **Dennis Tighe**
**Defendants' Attorney:**  **J. Michael Young**

| # | DESCRIPTION | Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 12 | Fax Transmittal from Bill Stott to Steve at Talon Plumbing & Heating dated January 21, 2004 | | | | | |
| 14 | Letter dated May 28, 2004 from Bill Stott to Rick Waldenberg | | | | | |
| 18 | Memorandum dated November 04, 2004 from Bill Stott to Rick Waldenberg | | | | | |
| 19 | Talon Final Lien Release Requests from Subs/ Suppliers dated November 15, 2004 | | | | | |
| 20 | Memorandum dated November 17, 2004 from Bill D. Stott to Steven [Brown]/Rick [Waldenberg] | | | | | |
| 21 | Talon Final Lien Release Requests from Subs/ Suppliers dated November 18, 2004 | | | X 12-5-07 | | |
| 22 | Memorandum dated November 19, 2004 from James Talcott Construction, Inc. to Rick [Waldenberg of Talon Plumbing & Heating, Inc.] | | | | | |
| 24 | Letter dated December 08, 2004 from James Talcott Construction, Inc. to Rick [Waldenberg] | | | | | |
| 25 | Memorandum dated December 08, 2004 from James Talcott Construction, Inc. to Rick [Waldenberg] | | | | | |
| 26 | Letter dated December 14, 2004 from Bill Stott to Rick Waldenberg/Steve Brown | | | | | |
| 27 | Facsimile Transmittal sheet dated January 04, 2005 from Doug Mullins to Accounts Payable/ Connie of James Talcott Construction | | | | | |
| 30 | Proof of Claim - Construction Contract - by Doug Mullins to LMIC | *Duplicate - Plfs' Ex. 151* | | | | |

| # | DESCRIPTION | Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 30-a | Test and Balance Proposal dated August 14, 2003 signed by Renee Mullins | Duplicate - Plts' Ex. 101 | | | | |
| 30-e | Submittal Information dated November 19, 2003 from Doug Mullins to Steve Brown | | | | | |
| 30-i | Facsimile Transmittal sheet dated February 02, 2005 from Doug Mullins to Rick Waldenberg | | | | | |
| 30-j | Facsimile Transmittal sheet dated February 02, 2005 from Doug Mullins to Rick Waldenberg | | | | | |
| 32 | Letter dated March 29, 2005 from Bill Stott to Chris Indelicato | | | ✗ 12-3-07 | | |
| 49 | Surety Bond No. 965004108 dated October 31, 2005 between LMIC and JTC | | | | | |
| 151 | Plaintiff's Responses to Defendants' First Combined Discovery Requests dated January 24, 2007 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |